**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 11-7250**

———————————

RUSSELL SMITH,

                Plaintiff - Appellant,

      v.

DEPARTMENT OF PUBLIC SAFETY, Municipal Corporation, individually and in official capacity as Municipal Corporation; GARY D. MAYNARD, Municipal Corporation Official, individually and in his official capacity as Secretary of Public Safety; MICHAEL J. STOUFFER, Municipal Corporation Official, individually and in his official capacity as Commissioner of Corrections; SCOTT S. OAKLEY, Municipal Corporation Official, individually and in his official capacity as Executive Director of Inmate Grievance Office,

                Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:11-cv-02125-PJM)

———————————

Submitted: February 9, 2012      Decided: February 14, 2012

———————————

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Russell Smith, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Smith appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Smith v. Dep't of Pub. Safety, No. 8:11-cv-02125-PJM (D. Md. filed Aug. 12 & entered Aug. 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED